UNITED STATES v. LEGGETT.

(Circuit Court, S. D. New York. January 13, 1899.)

No. 2,817.

1. CUSTOMS DUTIES—CLASSIFICATION—PEPPER SHELLS.

Shells of pepper, which, when ground, make a low grade of black pepper, are within the provision for the entry free of duty of "pepper, white or black, * * * when unground," in Free List, par. 667, Tariff Act July 24, 1897, c. 11, § 2, 30 Stat. 201 [U. S. Comp. St. 1901, p. 1688].

Appeal from a decision of the Board of General Appraisers (G. A. 4230), which reversed the classification of the collector of customs at the port of New York on an importation by Francis H. Leggett & Co.

D. Frank Lloyd, Asst. U. S. Atty.

Everit Brown, for importers.

WHEELER, District Judge. The question is whether these shells are dutiable as "spices not specially provided for," under Tariff Act July 24, 1897, c. 11, § 1, Schedule G, par. 287, 30 Stat. 173 [U. S. Comp. St. 1901, p. 1653], or are free, as "pepper, white or black, * * * when unground," under section 2, Free List, par. 667, 30 Stat. 201, of said act [U. S. Comp. St. 1901, p. 1688]. Testimony has been taken here which shows that these are the shells of pepper berries, which, when ground whole, make black pepper, and the kernels of which, when ground, make white pepper, and that the shells, when ground alone, make a low grade of black pepper. Neither the berries, kernels, nor shells are anything but pepper. The shells, therefore, are pepper unground.

Decision affirmed.